UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 9 0 2011 ★
BROOKLYN OFFICE

---

JANE BEST-SIMPSON *et al.*,

        Plaintiffs,

-against-

ROBERT GOSSEEN *et al.*,

        Defendants.

**NOTICE OF REMOVAL**

Civil Action No.

CV 11-6001

KUNTZ, J.

REYES, M.J

---

**TO:**     **THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

PLEASE TAKE NOTICE that an action pending in the Supreme Court of the State of New York, Kings County, is hereby removed to the United States District Court for the Eastern District of New York.

Loretta E. Lynch, United States Attorney for the Eastern District of New York, by Ameet B. Kabrawala, Assistant United States Attorney, of counsel, respectfully states the following facts upon information and belief:

    1.     The above-captioned action was commenced in the Supreme Court of the State of New York, Kings County, Index No. 4549/2011, and names as defendants United States District Judge Barbara S. Jones and United States Magistrate Judge Andrew J. Peck in their official and individual capacities (collectively, the "Federal Defendants"). A true and correct copy of the Verified Complaint, filed on June 24, 2011, and the Amended Summons, filed on June 24, 2011, are collectively attached hereto as Exhibit A.

    2.     The Verified Complaint purports to allege various claims against the Federal Defendants, including claims of negligence and civil rights violations.

3. Defendant Jones is, and at all times relevant hereto was, a United States District Judge in and for the Southern District of New York.

4. Defendant Peck is, and at all times relevant hereto was, a United States Magistrate Judge in and for the Southern District of New York.

5. Upon information and belief, the source of which is correspondence received from Judge Jones and Magistrate Judge Peck, all alleged acts or omissions relevant to plaintiff's Verified Complaint were taken in the context of civil litigation over which Judge Jones and Magistrate Judge Peck presided in the course and scope of their employment as officers of the courts of the United States.

6. This action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(3) and 2679(d) because the Federal Defendants, who are sued in their official and individual capacities for acts that allegedly occurred under color of their respective federal offices, are officers of the courts of the United States.

7. Pursuant to 28 U.S.C. § 2408, the United States may remove this action without a bond.

8. The submission of this notice of removal is solely for the purpose of removing this action to the appropriate federal court and is not a general appearance by the Federal Defendants. This submission does not constitute a waiver of any defense available to the Federal Defendants, including any defense under Rule 12 of the Federal Rules of Civil Procedure.

WHEREFORE, it is respectfully requested that the above-captioned action now pending in the Supreme Court of the State of New York, Kings County, Index No. 4549/2011, be removed to this Court; and

In accordance with 28 U.S.C. § 1446(d), the filing of a copy of this notice with the Supreme Court of the State of New York, Kings County, shall effect the removal, and the state court shall proceed no further with respect to the action, unless and until the case is remanded thereto.

Dated: Brooklyn, New York
December 9, 2011

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____
Ameet B. Kabrawala
Assistant U.S. Attorney
(718) 254-6001

TO: By Hand Delivery
Clerk of Court
Supreme Court of the State of New York
County of Kings
360 Adams Street
Brooklyn, New York 11201

By First-Class Mail
Jane Best-Simpson
430 Clinton Ave., #6D
Brooklyn, New York 11238
(347) 267-1244

Dr. Leon Scrimmager
210 East 86th St.
New York, New York 10028

Dr. Craig Polite
155 East 29th St., 27th Floor
New York, New York 10016

GALLAGHER GOSSEN FALLER
1050 Franklin Ave., Suite 400
Garden City, New York 11530

COHEN HURKIN EHRENFELD TANNEBAUM AND POMERANTZ LLP
25 Chapel St.
Brooklyn, New York 11201
*Attorneys for Marc Crawford Leavitt, 430 Clinton Avenue Associates and Allen Tannenbaum*

CORPORATION COUNSEL OF THE CITY OF NEW YORK
100 Church St.
New York, NY 10007
*Attorney for Mayor Michael Bloomberg, Patricia Gatlin, New York City Police Commissioner Raymond Kelly, New York City Police Department, New York City Commission on Human Rights, Raymond Wayne, Lanny Alexander, Cliff Mulqueen, and Avery Melhman*

Pstashnik & Associates
67 Wall St.
New York, New York 10005

Wilson, Elser Moskowitz & Elderman
150 East 42nd St.
New York, New York 10017

Law Office of Charles Siegal
40 Wall St., 5th Floor
New York, New York 10005

Long Island College Hospital
Legal Department
97 Amity Pl.
Brooklyn, New York 11201
<u>Attn</u>: Drs. Wolf, Kohl, Gerges, Barzelay

Cobble Hill Health Center
380 Henry Street
Brooklyn, New York 11201

Empire State Building Management
WH Properties
60 East 42nd St.
New York, New York 10017

WH Properties
350 Fifth Ave.
New York, New York 10001

Antoinette Gardnier
WH Properties
60 East 42nd St.
New York, New York 10017

Don Knutella
WH Properties
60 East 42nd St.
New York, New York 10017

GALLAGHER, GOSSEN FALLER
1050 Franklin Ave., Suite 400
Garden City, New York 11530
*Attorneys for Martin Wolf, New York Organ Donor Network, Elaine Berg, Julia Rivera, and Michelle Clayton*

Brooklyn Hospital
121 Dekalb Ave.
Brooklyn, New York 11205
<u>Attn</u>:  Dr. Morgan

# EXHIBIT A

Case 1:11-cv-06001-JG-RER   Document 1   Filed 12/09/11   Page 6 of 17 PageID #: 6

Supreme Court of the State of New York

County of Kings                                                                                                   Index # 4549/2011

-------------------------------------------------------------------X

Jane Best-Simpson and Jane Best-Simpson as the Administratix

of the Estate of Coretta, and as the Legally appointed Guardian

of Person and Property of Melody Best

                -against-                                                                                                   Verified Complaint

Robert Gosseen, Individual and in his professional capacity,

Law firm of Gallagher, Gosseen& Faller, New York Organ Donor Network,

Elaine Berg, Individually and Professionally, Michelle Clayton Ind. & Prof.

Julia Rivera Ind. and Professionally, Martin Wolf, individually and Professionally,

Michael Bloomberg, Mayor of the City of New York , Individually and in

his professional Capacity, City of NY, Raymond Wayne, Individually and in his

professional Capacity, New York City Commission on Human Rights,

Patricia Gatlin Individually and in his professional Capacity, Lanny Alexander

Individually and in his professional Capacity, Cliff Mulqueen, Individually and

in his professional Capacity, Dr. Craig Polite, New York State Worker Compensation

Dr. Leon Scrimmager, Cohen Hurkin& Ehrenfeld, Pomerantz and Tannebaum,

Wilson, Elsler& Moskowitz & Elderman, Law Offices of Charles Siegel , Andrew Peck, Indiv & Prof. Capacity

Long Island College Hospital, Cobble Hill Nursing Health Center, Craig Rosenbaum attorney,

Dr. Lawrence Wolf, Dr. Lewis Kohl, Dr. Salwa Gerges, Dr. Linda Barzelay, Dr. Christine Kimble

Dr. Calvin Adderley, Marc Crawford Leavitt, Barbara Jones Individ& Prof Capacity

Joseph Levine, Individually and in his professional capacity, Robert Cypher, Lauara Jacobson, Brooklyn Hospital;

Individually and In their Professional Capacity, Dov Sternberg, NYS Unified Court System –

Brooklyn Supreme Court Kings County or New York State & Clerk's Office Jane and John Doe, Dr. A. Morgan

City of New York Corporation Counsel, Avery Mehlman Individual and in his professional capacity,

Ptashnik & Associates, Robert Ehrenfeld and Associates, Individual and Professional Capacity, 430 Clinton Avenue

& Associates Empire State Building- WH Properties, Don Knutella, Indiv& Professional Capacity;

New York City Police Department, Raymond Kelly Commissioner, Antionette Gardnier individual & Prof. Capacity,

Eleanora Ofshtein, Individual and Professional Capacity, "X" Contracted Company of the Empire State Building-WH Properties

John or Jane Doe of the Clerk of the Civil Court of the State of New York- Kings County, Dr. Maria Sindos

1

Jane Best-Simpson and Jane Best-Simpson as the Administratix of the Estate of Coretta and the Legal Guardian of the Person and Property of Melody Best, being duly sworn, deposes and Says: that

She submits this verified Complaint against the above defendants and does hereby mak the following allegations:

1. All Defendants named herein in this Complaint place of businesses primary offices are located and operated within New York State
2. It is alleged that the defendants named in the Complaint Conspired violate the Civil Rights of the Plaintiffs.
3. It is alleged that the defendants did violate the fair debt collection Practices Act.
4. It is alleged that the defendants did violate plaintiffs HIPPA.
5. It is alleged that the defendants did commit fraud.
6. It is alleged that the defendants did violate various federal Civil Rights Statues.
7. It is alleged that the defendants did violate Various Civil Rights Employment Statues.
8. It is alleged that the defendants did commit negligence
9. It is alleged that the defendants did violate commit medical malpractice
10. It is alleged that the defendants did violate legal malpractice
11. It is alleged that the defendants did violate the RICO ACT
12. It is alleged that the defendants did violate malicious prosecution
13. It is alleged that the defendants did violate wrongful interference in business relationships
14. It is alleged that the defendants did violate breach of contract
15. It is alleged that the defendants commit slander
16. It is alleged that the defendants did commit invasion of privacy
17. It is alleged that the defendants did violate gross negligence
18. It is alleged that the defendants did Commit Intentional infliction of emotional distress
19. It is alleged that the defendants did violate negligent supervision of an employee
20. It is alleged that the defendants did violate wrongful interference in health matter
21. It is alleged that the defendants did violate wrongful interference in employment matters
22. It is alleged that the defendants did violate breach of fiduciary responsibilities
23. It is alleged that the defendants did violate wrongful termination
24. It is alleged that the defendants did violate failure of duty to protect
25. It is alleged that the defendants did violate New York City and State Human Rights Laws
26. It is alleged that the defendants did deprive the plaintiffs of their property interest in violation of their Civil Rights
27. It is alleged that the defendants did wrongfully interfere in legal relationship
28. It is alleged that the defendants did violate the NYS Wrongful death statue
29. It is alleged that the defendants did violate malicious prosecution
30. It is alleged that the defendants did violate the American Disability Act

31. It is alleged that the defendants in all of the Acts listed in this complaint, did conspire with other name defendants to violate all of the individual acts listed
32. It is alleged that the defendants did violate Unjust Enrichment
33. It is alleged that the defendants did violate negligent supervision & hiring of employee
34. It is alleged that the defendants did violate Making Terrorist threats
35. It is alleged that the defendants did violate assault & battery
36. It is alleged that the defendants did vandalism & Theft & burglary
37. It is alleged that the defendants did violate various City, State Federal Civil Statues
38. It is alleged that the defendants did violate various federal, State and City Criminal Statues
39. It is alleged that the defendants did violate residential rent overcharge
40. It is alleged that the defendants did violate Code of Professional Ethics of New York State Bar Association
41. It is alleged that the defendants did commit false imprisonment

Very truly yours,

*[signature]*

Jane Best-Simpson

430 Clinton Avenue 6D

Brooklyn, New York 11238

(347) 267-1244

TO:

Defendant's Addresses:

Dr. Leon Scrimmager: 210 East 86th Street, New York, New York 10028

Dr. Craig Polite: 155 East 29th Street 27th Floor, New York, New York 10016

Gallagher, Gosseen Faller 1050 Franklin Avenue- Suite 400 Garden City, New York NY 11530   -350 5th Avenue, NY, NY

Robert Gosseen- 1050 Franklin Avenue- Suite 400 Garden City, New York NY 11530

Cohen. Hurkin, Ehrenfeld, Tannebaum and Pomerantz LLP – 25 Chapel Street, Brooklyn, New York 11201

Pstashnik & Associates- 67 Wall Street, New York, New York 10005

Wilson, Elser & Moskowitz & Elderman 150 East 42nd Street, New York New York 10017

Law Office of Charles Siegal – 40 Wall Street, New York, New York 10005 – 5th Floor

Long Island College Hospital, Dr. Wolf, Dr. Kohl, Dr. Gerges, Dr. Barzelay – 97 Amity Place Brooklyn, New York 11201

Cobble Hill Health Center – 380 Henry Street, Brooklyn, New York 11201

City of New York, New York City Police Department, New York City Commission on Human Rights,

3

Mayor Micheal Bloomberg, Patricia Gatlin, Ramond Kelly, Raymond Wayne, Lanny Alexander

Cliff Mulqueen, Avery Melhman, Corporation Counsel of the City of New York:

c/o Corporation Counsel of the City of New York: 100 Church Street, New York NY 10007

Empire State Building- WH Properties, Antoinette Gardnier, Don Knutella "X" Security Company of the Empire State Building:

350 Fifth Avenue, New York, New York

Marc Crawford Leavitt, 430 Clinton Avenue Associates : c/o: Cohen. Hurkin, Ehrenfeld, Tannebaum and Pomerantz LLP – 25 Chapel Street, Brooklyn, New York 11201

Martin Wolf, New York Organ Donor Network, Elaine Berg, Julia Rivera, Michelle Clayton, Lucas: c/o Gallagher, Gosseen Faller 1050 Franklin Avenue- Suite 400 Garden City, New York NY 11530   / 350 5th Avenue NY, NY

Barbara Jones and Andrew Peck and Clerk "X" of the United States District Court – Southern District – United States District Court –Southern District of New York US Court House – 500 Pearl Street, New York, New York 10007

Dr. Morgan & Brooklyn Hospital – 121 Dekalb Avenue , Brooklyn, New York 11205

4

State of New York

County of Kings

The Undersigned Jane Best-Simpson, the Plaintiff, having appeared PRO-SE in this matter, being duly sworn deposes and says: that she has read the foregoing Verified Complaint, and that the contents of the said Verified Complaint are true to the Deponent's own knowledge, except as to those matters which are alleged upon information and belief, and as to such matters the deponent believes them to be true.

_____
Jane Best-Simpson

Sworn before me this ___ day of June 2011
Notary Signature and Seal

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015

B198— Summons with notice, Supreme Court, personal or substituted, 12 pt type. 1-94

Blumbergs Law Products

© 1994 BLUMBERG, INC. PUBLISHER, NYC 10013

# Supreme Court of the State of New York
## County of Kings

Jane Best-Simpson and Jane Best-Simpson as the Administratrix of the Estate of Coretta Best and Jane Best Simpson as the legally appointed Guardian of the Person and Property of Melody Best

**Plaintiff(s)**

against

Robert Gosseen, Individual and in his Professional capacity, law firm of Gallagher, Gosseen and Faller, New York Organ Donor Network, Elaine Berg, Indiv & Professionally, Michele Clayton, Indivd & Prof., Julia Rivera Indiv & Prof, Martin Wolf indivd & Prof, Michael Bloomberg, Mayor of City of NY, Indivd & Prof Capacity, New York City Commission on Human Rights, Patricia Gatlin individ Prof Capacity, Raymond Wayne, Indivd & Prof Cap, Harry Alexander - Indivd & Prof capacity, Cliff Mulqueen, Indivd & Professional Capacity, Dr. Craig Politez, Dr. Leon Scrivener, Cohen, Hurkin, Ehrenfeld, Wilson, Eisler, Moskowitz & Eldeman, Law Offices Vonenanto & Tannenbaum w/office of Charles Siegal, Long Island College Hospital, Cobble Hill Nursing Health Center, Craig Rosenbaum, Dr. Wolff, Dr. Kohl, Dr. Gerges, Dr. Barzelay, Dr. Kevin Abbey, Indivd & Prof Capacity, Marc Crawford Leavitt, Joseph Levine Indivd & Professional, Robert Asher, Jr. Indivd & Prof Cap, New York City Department of Human Resources, Dr. G. Sternberg, United Court System, Brooklyn Supreme Court, Clerks Supreme Court, Clerk's office, John & Jane Doe, City of New York, Avery Feldman, Ashnik & Associates, Robert Ehrenfeld, Individual + Professional Capacity

**Defendant(s)**

To the above named Defendant(s)

**You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is ~~not served~~ with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer judgment will be taken against you by default for the relief demanded in the complaint.

Dated, February 25, 2011

Defendant's address: Dr. Leon Scrivener 210 East 86th St NYC 10028, Dr. Craig Politez 155 East 24th Street NY NY 10016, Gallagher, Gosseen & Faller Legal, 1010 Franklin Ave, Suite 400 Garden City, N.Y. 11530 - Cohen, Hurkin, Ehrenfeld, Pomerantz & Tenenbaum LLP 25 Chapel St, Suite 705, Brooklyn NY 11201, Ashnik & Associates 67 Wall Street NY NY 10005, Wilson/Eiser, Moskowitz, Edelman 150 East 42nd St NY NY 10017, Law Office of Charles Siegal, Howell Street, 7th floor, NY 10057 LICH 97 Amity Place, Bklyn NY 11201 Cobble Hill Health Center - 380 Henry Street Bklyn NY 11201 Bloomberg - City of NY Corporation Counsel 100 Church St. NY 10007

**Kings County Clerk Received**
2011 FEB 25 PM 4:21
Index No. 4549/11
Date purchased

Plaintiff(s) designate(s)
**Kings County**
County as the place of trial.

The basis of the venue is
**Plaintiff Residence**

## Summons
**with Notice**

Plaintiff(s) reside(s) at
430 Clinton Ave # 6D
Brooklyn, New York 11238
County of Kings

Attorney(s) for Plaintiff
Jane Best-Simpson - PRO-SE
Office and Post Office Address
430 Clinton Ave # 6D
Brooklyn, N.Y. 11238
(347) 267-1244

**Notice:** The nature of this action is - Violation of various Federal Civil Rights, Failure to protect, Intentional Infliction of date Civil Right (various statutes) Violation of Character, Violation of RICO Act, Breach of Contract, Violation of HIPPA Law, Fraud, malpractice, Negligence medical malpractice, slander, libel, defamation of character, Violation of HIPPA, Violation of Federal Negligent Supervision, Violation of American Disability, Emotional Distress, Violation of Fair Debt Collection Practices, Violation of Employment, Health, Medical, Unjust Enrichment, Violation of Fair Debt Collection Practices Act, wrongful interference in Employment, Invasion of Privacy, Life Liberty & Pursuit of Business, Legal Relationships, Breach of Contract, wrongful termination, Deprivation of Property, Violation of Due Process, Conspiracy to violate all of the rights listed above as well as Etc, Malicious Prosecution, Gross Negligence, Violation of Public Officials Reinstatement.

The relief sought is - Reimbursement and Financial restitution and value assessment & Reinstatement, All property and estimate value of property & Property Interest loss as a result of Actions of defendants which resulted in Loss of Income, Lawsuits, Property, Injury to Reputation, Monetary Damage, Compensatory, Punitive Damages, Damages for Loss of Consortium & Services, Damages for Emotional Distress, Etc, Professional Sanctions,

Upon your failure to appear, judgment will be taken against you by default for the sum of $250 Millions Dollars with interest from February 25, 2010 and the costs of this action. Two Hundred and fifty millions Dollars

STATE OF NEW YORK, COUNTY OF _____ ss.: The undersigned, being duly sworn, deposes and says, deponent is not a party herein, is over 18 years of age and resides at _____

That on _____ at _____ M., at _____

deponent served the within summons, on _____ defendant,

**INDIVIDUAL**
1. ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☐ a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☐

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features: _____

Sworn to before me on _____

Print name beneath signature. _____

LICENSE NO. _____

---

Index No. _____
Supreme Court of the State of New York
County of Kings

Jane Best-Simpson and Jane Best-Simpson as the Administratrix of Estate of Coretta Best and Jane Best Simpson as the Legally appointed Guardian of Ms. Lady Best Jilly
Person & Property

Plaintiff(s)

against

Robert Gascon, Individ. Prof. Gallagher, Gascon & Fuller, New York City Dover Network/Elaine Berg Indiv. & Prof. Dr. Michele Clayton, Personal & Professor Indiv. Julia Everard, Indiv. & Prof, Matthew Wolf Indiv. & Prof, Mayor Michael Bloomberg Indiv. & Prof. at New York City Commission on Human Rights, Patrick Gatling (Raymond Wayt Kelly Comm. Jaundey, Police, Fire Dept Chernof, Dr. Craig Tanenbaum, Dr. Lee Seaman MD Cabrini Hospital, Chiesi Ehrenfeld, Roosevelt & Tanenbaum Legal Aid Attorneys NY Court Empl Carolyn Clarks Court Clerk, Robert Cypher Jr. Sherman & Law Defendant(s) Wilson Elster Moskowitz Edelman & Dicker, Avery Mellman Finkelstein & Partners, LLP., Sherry Lynn Sisto (tacka) Charles Gatica Paralegal Prostache of Assignatory Et al)

**Summons with Notice**
ACTION NOT BASED UPON A
CONSUMER CREDIT TRANSACTION

Attorney(s) for Plaintiff(s)
JANE BEST-SIMPSON — PRO-SE
Office, Post Office Address and Tel. No.
130 Clinton Ave #6D
Brooklyn, NY 11238
347-267-1244

Supreme Court of the State of New York

County of Kings

------------------------------------------------------------X

Jane Best-Simpson and Jane Best-Simpson as the Administratix
of the Estate of Coretta, and as the Legally appointed Guardian
of Person and Property of Melody Best
    Plaintiffs,

          -against-

Robert Gosseen, Individual and in his professional capacity,
Law firm of Gallagher, Gosseen& Faller, New York Organ Donor Network,
Elaine Berg, Individually and Professionally, Michelle Clayton Ind. & Prof.
Julia Rivera Ind. and Professionally, Martin Wolf, individually and Professionally,
Michael Bloomberg, Mayor of the City of New York , Individually and in
his professional Capacity,City of NY, Raymond Wayne, Individually and in his
professional Capacity, New York City Commission on Human Rights,
Patricia Gatlin Individually and in his professional Capacity, Lanny Alexander
Individually and in his professional Capacity,Cliff Mulqueen, Individually and
in his professional Capacity,Dr. Craig Polite, New York State Worker Compensation
Dr. Leon Scrimmager, Cohen Hurkin& Ehrenfeld, Pomerantz and Tannebaum,
Wilson, Elsler& Moskowitz & Elderman, Law Offices of Charles Siegel , Andrew Peck, Indiv & Prof. Capacity
Long Island College Hospital, Cobble Hill Nursing Health Center,Craig Rosenbaum attorney,
Dr. Lawrence Wolf, Dr. Lewis Kohl, Dr.Sahwa Gerges, Dr. Linda Barzelay, Dr. Christine Kimble
Dr. Calvin Adderley, Marc Crawford Leavitt, Barbara Jones Individ& Prof Capacity
Joseph Levine, Individually and in his professional capacity, Robert Cypher, Lauara Jacobson, Brooklyn Hospital;
Individually and In their Professional Capacity, Dov Sternberg, NYS Unified Court System –
Brooklyn Supreme Court Kings County or New York State & Clerk's Office Jane and John Doe, Dr. A. Morgan
City of New York Corporation Counsel, Avery Mehlman Individual and in his professional capacity,
Ptashnik & Associates, Robert Ehrenfeld and Associates, Individual and Professional Capacity,430 Clinton Avenue
& Associates Empire State Building- WH Properties, Don Knutella, Indiv& Professional Capacity;
New York City Police Department, Raymond Kelly Commissioner, Antionette Gardnier individual & Prof. Capacity,
Eleanora Ofshtein, Individual and Professional Capacity, "X"Contracted Company of the Empire State Building-WH Properties
John or Jane Doe of the Clerk of the Civil Court of the State of New York- Kings County, Dr. Maria Sindos

Index # 4549/2011

Date Purchased: 2/25/11

Plaintiffs designates:

Kings County as the Place of Trial

The basis of venue is

Plaintiff's Residence

Amended Summons

with Notice

Plaintiff(s) resides at

430 Clinton Avenue #6D

Brooklyn, New York 11238

County of Kings

11 JUN 24 PM 1:20 FILED KINGS COUNTY CLERK

1

To the above named Defendant(s)

You are Hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the Summons, to serve a notice of appearance, on the Plaintiff's Attorneys within 20 days after the service of the summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

*[signature]*

Jane Best-Simpson – PRO-SE

430 Clinton Avenue, #6D

Brooklyn, New York 11238

(347) 267-1244

Date of the Original Summons: February 25, 2011

Today's Date: June 23, 2011

Defendant's Addresses:

Dr. Leon Scrimmager: 210 East 86th Street, New York, New York 10028

Dr. Craig Polite: 155 East 29th Street 27th Floor, New York, New York 10016

Gallagher, Gosseen Faller 1050 Franklin Avenue- Suite 400 Garden City, New York NY 11530

Robert Gosseen- 1050 Franklin Avenue- Suite 400 Garden City, New York NY 11530   350 5th Avenue NY, NY

Cohen, Hurkin, Ehrenfeld, Tannebaum and Pomerantz LLP – 25 Chapel Street, Brooklyn, New York 11201

Pstashnik & Associates- 67 Wall Street, New York, New York 10005

Wilson, Elser & Moskowitz & Elderman 150 East 42nd Street, New York New York 10017

Law Office of Charles Siegal – 40 Wall Street, New York, New York 10005 – 5th Floor

Long Island College Hospital, Dr. Wolf, Dr. Kohl, Dr. Gerges, Dr. Barzelay – 97 Amity Place Brooklyn, New York 11201

Cobble Hill Health Center – 380 Henry Street, Brooklyn, New York 11201

City of New York, New York City Police Department, New York City Commission on Human Rights,

Mayor Micheal Bloomberg, Patricia Gatlin, Ramond Kelly, Raymond Wayne, Lanny Alexander

Cliff Mulqueen, Avery Melhman, Corporation Counsel of the City of New York:

c/o Corporation Counsel of the City of New York: 100 Church Street, New York NY 10007

Empire State Building- WH Properties, Antoinette Gardnier, Don Knutella "X" Security Company of the Empire State Building:

350 Fifth Avenue, New York, New York

Marc Crawford Leavitt, 430 Clinton Avenue Associates: c/o: Cohen, Hurkin, Ehrenfeld, Tannebaum and Pomerantz LLP – 25 Chapel Street, Brooklyn, New York 11201

Martin Wolf, New York Organ Donor Network, Elaine Berg, Julia Rivera, Michelle Clayton Lucas: c/o Gallagher, Gosseen Faller 1050 Franklin Avenue- Suite 400 Garden City, New York NY 11530   350 5th Avenue, NY, NY

Barbara Jones and Andrew Peck and Clerk "X" of the United States District Court – Southern District – United States District Court –Southern District of New York US Court House – 500 Pearl Street, New York, New York 10007

Dr. Morgan & Brooklyn Hospital – 121 Dekalb Avenue, Brooklyn, New York 11205

2

1. Notice: the Nature of this Action is
2. Violation of Civil Rights of the Plaintiffs.
3. Violation of the fair debt collection Practices Act.
4. Violation of HIPPA.
5. Violation of commit fraud.
6. Violation of various federal Civil Rights Statues.
7. Various Civil Rights Employment Statues.
8. Violation of commit negligence
9. Violation of commit medical malpractice
10. Violation of legal malpractice
11. Violation of RICO ACT
12. Violation of malicious prosecution
13. Violation of wrongful interference in business relationships
14. Violation of breach of contract
15. Violation of slander& libel
16. Violation of Invasion of privacy
17. Violation of Negligence& Gross negligence

As well as violation of all of the following acts:

18. Intentional infliction of emotional distress
19. Negligent supervision of an employee
20. Wrongful interference in health& legal matters
21. Wrongful interference in business &employment matters
22. Fiduciary duties& responsibilities
23. Wrongful termination
24. failure of duty to protect
25. New York City and State Human Rights Laws
26. Did deprive the plaintiffs of their property interest in violation of their Civil Rights
27. Wrongfully Interferes in Personal relationships
28. NYS Wrongful death statue
29. Malicious prosecution
30. American with Disability Act
31. It is Alleged that the defendants in all of the Acts listed in this complaint, did conspire with other name defendants to violate all of the individual acts listed
32. violate Unjust Enrichment
33. negligent supervision& hiring of employee
34. Made Terrorist threats
35. assault & battery
36. vandalism & Theft& burglary
37. various City, State Federal Civil Statues
38. federal, State and City Criminal Statues
39. residential rent overcharge
40. Code of Professional Ethics of New York State Bar Association and New York State Medical
41. It is alleged that the defendants did commit false imprisonment

3

The Relief Sought: Reimbursement of financial loss, restitution, monetary damage, injury to reputation

Value and Assessment of the loss of property, Damages for loss of property interest in workmen compensation and legal cases as a result of defendant's actions., Damages for loss of income and business past, present and future, Damages for Loss of consortium and services, damages for Emotional distress, Damages for all of the Causes of actions listed, Professional Sanctions and Judicial Relief, Declaratory Injunctive Relief with respect to the Defendant's Businesses, Restoration of Good name and reputation – business,employment,health, Damages for Emotional distress, Punative Damages, compensatory damages, Damages for emotional distress

Upon your failure to appear, judgment will be taken against you by default for the sum of $250,000,000

Two hundred and fifty Million dollars   with interest from February 25, 2011 and the Cost of this action.